

# NUMBER 13-18-00607-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE FABIAN GARCIA

**On appeal from the 206th District Court
of Hidalgo County, Texas.**

# ORDER TO FILE APPELLEE'S BRIEF

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

This cause is before the Court on appellee's fourth motion for extension of time to file the brief. Appellee's brief was originally due to be filed on June 10, 2020, and the Court previously granted appellee three extensions for the filing of appellee's brief in this cause.

The Court, having fully examined and considered appellee's fourth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion exigent circumstances exist, and in the interest of justice, appellee's fourth

motion for extension of time to file the brief should be granted in part and denied in part. Accordingly, appellee's fourth motion for extension of time to file the brief is GRANTED IN PART AND DENIED IN PART. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

IT IS THEREFORE ORDERED that the Honorable Luis A. Gonzalez, counsel for appellee, file the appellate brief with this Court on or before March 15, 2021. No further motions to extend will be entertained.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of February, 2021.